402 A.2d 500

**Daniel J. McCUSKER, Petitioner,**

**v.**

**COMMONWEALTH of Pennsylvania.**

Supreme Court of Pennsylvania.

Sept. 21, 1977.

Joseph W. Mullin, Public Defender, Huntingdon, for petitioner.

Stewart L. Kurtz, Dist. Atty., Huntingdon, for respondent.

## ORDER

PER CURIAM.

The record in the instant case reveals that appellant, Daniel J. McCusker, was not informed of his right to file post-verdict motions following the acceptance of his plea of nolo-contendere.

Therefore, judgment of the sentence is vacated and the case is remanded for the filing of post-verdict motions nunc pro tunc. See Pa.R.Crim.P. 1123(a), (b) and (c); *Commonwealth v. Tate,* 464 Pa. 25, 346 A.2d 1 (1975). Following disposition of said motions by the trial court, either side shall be entitled to file a new appeal.